UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LENA MARIE LINDBERG,

    Plaintiff,

v.                                  Case No. 6:21-cv-1587-RBD-GJK

GEORGE W. MAXWELL, III;
CHRISTINA MARIE SANCHEZ
SERRANO; GEORGE BRITTON
TURNER, III; WILLIAM DAVID
DUGAN; MICHELLE L.
NABERHAUS; COLLEEN ADKINS
DEGRAFF; SAMUAL
BOOKHARDT, III; and JEFFREY
MAHL,

    Defendants.
_____

**ORDER**

Plaintiff filed a *pro se* Complaint against Defendants, alleging sexual assault, attempted murder, false imprisonment, fraud, and several other crimes. (Doc. 1.) She also moved to proceed *in forma pauperis*. (Doc. 2 ("Motion").) Given Plaintiff's pattern of filing frivolous documents, the Court previously required all filings by Plaintiff to be reviewed for frivolity. (Doc. 20.) So on referral, U.S. Magistrate Judge Gregory J. Kelly entered a Report and Recommendation submitting that the Court should deny the Motion and dismiss the Complaint with prejudice as unintelligible, frivolous, and noncompliant with the Federal Rules of Civil

Procedure. (Doc. 21, pp. 2–3 ("R&R").)

The parties did not object and the deadline has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 21) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiff's Motion (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 18, 2021.

ROY B. DALTON JR.
United States District Judge

Copies to:
*Pro se* Plaintiff Lena Marie Lindberg