UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LENA MARIE LINDBERG,

    Plaintiff,

v.                                                 Case No. 6:21-cv-1587-RBD-DCI

GEORGE W. MAXWELL, III;
CHRISTINA MARIE SANCHEZ
SERRANO; GEORGE BRITTON
TURNER, III; WILLIAM DAVID
DUGAN; MICHELLE L.
NABERHAUS; COLLEEN ADKINS
DEGRAFF; SAMUAL
BOOKHARDT, III; and JEFFREY
MAHL,

    Defendants.
_____

## ORDER

Plaintiff filed a *pro se* Complaint against Defendants. (Doc. 1.) Over a year after the Court dismissed Plaintiff's Complaint, she moved to appeal *in forma pauperis* ("IFP"). (Doc. 23; Doc. 26 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick recommends the Court deny the Motion because the appeal is not taken in good faith. (Doc. 31 ("R&R").) The time has passed and there were no objections, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 31) is **ADOPTED, CONFIRMED,** and made a part of this Order in its entirety.

2. Plaintiff's Motion (Doc. 26) is **DENIED**. Plaintiff's appeal is not taken in good faith.

3. The Clerk is **DIRECTED** to notify the Eleventh Circuit of this Order in accordance with Fed. R. App. P. 24(a)(4).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 22, 2023.

ROY B. DALTON JR.
United States District Judge